UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID LOGAN FROEDE,

    Defendant.

_____/

No. **1:06CR098**

Hon. **Robert Holmes Bell
Chief, U.S. District Judge**

**INFORMATION**
(Felony)

### (Mail Fraud)

Margaret M. Chiara, United States Attorney for the Western District of Michigan, charges:

That from on or about May 1, 2001, to on or about October 31, 2001, in Kent County, in the Southern Division of the Western District of Michigan and other places,

**DAVID LOGAN FROEDE,**

defendant, did knowingly and unlawfully devise a scheme and artifice to defraud Bob Kramer and Bob Kramer Entertainment of money, funds, credits and similar property rights.

The scheme and artifice consisted of taking and utilizing client investment funds to pay the personal expenses of defendant David Logan Froede. Defendant David Logan Froede was not authorized to use his client's funds for his personal expenses, and the client did not consent to such activities.

For the purpose of executing the scheme to defraud, the defendant caused his client's Group One monthly statements to be mailed directly to the defendant, by the United States Postal Service, which concealed the theft of the client's funds from the client.

At the time of the mailings, defendant was an employee of David A. Noyse and Company and owed his client a duty of honesty and fair dealing.

18 U.S.C. § 1341

MARGARET M. CHIARA
United States Attorney

MICHAEL A. MACDONALD
Assistant United States Attorney