# EXHIBIT A

Richard C. & Suzanne M. Froede
3930 N. Placita de La Escarpa
Tucson, Arizona 85750

September 8, 2006

Honorable Robert Holmes Bell
Chief Judge
United States District Court
110 Michigan Street, N.W., Ste. 116
Grand Rapids, Michigan 49503

> Re: *United States v. David Logan Froede*
> Case No. 1:06:CR:98

Dear Your Honor:

We are the parents of David L. Froede, our only son. He has a sister who is five
years older than he is. His father was a career U.S. Air Force forensic pathologist
and as a result we lived in many places. David was just one year old when we were
transferred from Orlando, Florida to Wiesbaden, Germany.

In Wiesbaden we didn't live in U.S. government housing, but on the economy. We
had an apartment in a large home which had been converted into several apartments.
David was the youngest occupant but easily made friends with our multinational
neighbors. Even at this early age David (with his mother's help) had a small
vegetable garden on the extensive grounds of the property. This was the beginning
of David's interest in horticulture.

After three years in Germany David's father was transferred to the Armed Forces
Institute of Pathology located in Washington, DC. The family lived in the nearby
state of Maryland for the next eight years. This was a very nice time for the family as
three of David and his sister's grandparents were still alive and living in the area.
There were also some aunts, uncles and several cousins living in the Maryland area.

David had most of his grade school years while living in Maryland. He was a good
student and participated in after-school activities, including the Cub Scouts. It
seemed like there was always a group of boys playing in our yard or in our base-
ment! David was always careful about his possessions and was very good about
straightening up after playtime activities.

After retiring from the Air Force in 1976 David's father accepted a position as
a Professor of Pathology at the University of Arizona Medical School in Tucson.

The family moved to Tucson where David spent his Junior High and High School years. He continued to be a good student. It was during high school that he was invited to spend time at the University of Arizona in their School of Agriculture. Especially good high school senior students were given the opportunity to learn a little about a subject they were considering for study when they entered their university studies and David chose horticulture! The few hours he spent each of the last couple of months of high school convinced him he had made the right choice.

While he didn't represent his high school on an athletic team he certainly supported those who did. During those years he played on little league soccer teams and really enjoyed it.

David attended theUniversity of Arizona and studied agriculture as he had wanted to do.While studying he also worked in the experimental farms both in the cultivation of wine grapes and cotton. His present work with the Bartlett Tree company  is another is another facet of  his interest in horticulture.

In 1987 David's father was invited back to Washington, DC to the Armed Forces Institute of Pathology as a Distinguished Scientist. He was then asked to become the first Armed Forces Medical Examiner. David was a help in our relocation to Washington.

During these five years while we, their parents, were in Washington, DC,  David and his sister lived in our home and cared for it. They cooperated in the care of the place. David, however, had the final responsibility for the outside of the house, the yard, the pool, etc. We couldn't have had a better caretaker.

We, his mother and father, made several trips to Tucson each of the years we were away. David also visited Washington two or three times each year to see us and enjoy various activities with us.

David is pleasant and gets along well with all--young and old, new acquaintances and old friends. He is someone you would want to have helping you--working, caring for people (babies, the elderly, the ill, etc.) and animals. He's the person to have at large family gatherings (or gatherings of strangers) as he makes all feel at ease! Plus, he seems to create co-operation! One of his foremost attributes is his ability to be a good father to his daughter.

Our first communications about the offense were in January and February of 2002 when David telephoned us to let us know that he was having financial troubles. He asked us to help make restitution. We agreed to help him. We viewed this devastating and extraordinary offense with absolute disbelief -- this was not our son we had known for thirty-some years. It was a development that neither of us had anticipated or expected.

We knew of his interest in agri-horticulture over the years and of his work at the

University of Arizona. It was in the last years of David's studies that he was introduced to the field of agricultural economics and the market. He described this to us as one of the most interesting subjects that he had studied. Consequently, after receiving his degrees he went to Chicago to start his first position in the commodities market. We knew he had later developed an interest in financial planning and were not surprised that he later accepted a position in Grand Rapids which enabled him to enter that field. This was his choice of a career, and as parents of an adult son, we could only encourage but not supervise him. Again, we were in total disbelief at his subsequent actions.

It was about a month after we learned of the offense that we learned of a threat of suicide. This incident made us contact my former colleagues at the University Medical Center (UMC) and we arranged for David to come to Tucson to be seen by the head of the Neuropsychiatry Department. To all the threat of suicide was a very serious medical problem. The tentative explanation given was that this was a possible bipolar disorder.

We did not have a good follow-up once he returned to Michigan. He was always too reticent to talk to us about this problem.

Sincerely yours,

Richard C. Froede, MD
Suzanne M. Froede

BIOGRAPHIC SKETCH

RICHARD C. FROEDE, M.D.


Dr. Froede, a native of Milwaukee, Wisconsin, is a 1955 graduate of Marquette University School of Medicine. He served in the United States Air Force from 1955-1976. He received his anatomic and clinical pathology training at Letterman Army Hospital, San Francisco. His forensic training was at the Armed Forces Institute of Pathology and the Office of the Chief Medical Examiner, State of Maryland, Baltimore. He is certified in all three specialties by the American Board of Pathology. He had assignments as a military pathologist to: Royal Air Force, Halton as an exchage pathologist; Orlando AFB, Florida with additional duties as a consultant pathologist to the NASA Project Gemini; USAF Hospital, Wiesbaden, Germany; and the Armed Forces Institute of Pathology, Washington, D.C. At the time of his retirement from the USAF in 1976, he held the rank of Colonel and was Chairman, Department of Forensic Sciences, AFIP, WAshington, D.C.

Following his military service, Dr. Froede was a Professor of Pathology and Chief of Forensic Sciences at the University of Arizona, 1976-1987. He also served as Chief Medical Examiner, Pima County, and Medical Examiner for eight other Arizona counties.

Dr. Froede is past-President of the American Academy of Forensic Sciences and past-Associate Editor of the Journal of Forensic Sciences. Currently, he is Chairman, Forensic Pathology and Forensic Identity Committees of the College of American Pathologists. He also serves on the Molecular Pathology and International Committees of the CAP. His research interests have pertained to interpretive and epidemiologic studies in substance abuse, patterns of death and injury in traumatic cases, and investigation of mass disasters. He has been actively involved in the education and training of medical, dental, legal, and law enforcement personnel for peer group organizations, universities and government agencies for the past twenty years. He has held numerous consultant positions to hospitals and other organizations.

He returned to the Armed Forces Institute of Pathology as a Distinguished Scientist in Forensic Sciences in July 1987 (American Registry of Pathology) and was appointed as the first Armed Forces Medical Examiner in May 1988 and continued in this position until October 1992. He has since continued to be involved in peer group activities and has

acted as a consultant in forensic cases.

Ripon College, Ripon, Wisconsin selected him to be the recipient of the Distinguished Alumni Award, June 1991, and in December 1991 in a ceremony at the Pentagon, he received the Secretary of Defense's Meritorious Civilian Service Award for his contribution to Operations Desert Shield and Desert Storm. He also holds the Director's Award, US Drug Enforcement Administration, US Department of Justice; the Distinguished Service Award, ASCP; Outstanding Service Awards from the USAF Office of Special Investigation and the USN Naval Investigative Service; the FBI Disaster Squad; and the Certificate of Achievement in Forensic Pathology as well as the Legion of Merit Award from the USAF Surgeon General. He is a Distinguished Fellow of the American Academy of Forensic Sciences, a recipient of the AAFS Pathology/Biology Section's Milton Helpern Award and the AAFS's Recognition of Outstanding Contributions to the Field of Forensic Sciences plaque.

Feb 02. - Am. Acad of Forensic Sciences : Gradwohl Award - Gradwohl Laureate, AAFS's Highest Award .

Nov 03 - INDUCTED INTO "THE VIDOCQ SOCIETY" A COLD CASE GROUP OF PHILADELPHIA .