# EXHIBIT B

September 7, 2006

Honorable Robert Holmes Bell
Chief Judge
United States District Court
110 Michigan Street NW, Suite 416
Grand Rapids, MI 49503

    Re: United States v. David Logan Froede
       Case No. 1:06:CR:98

Dear Judge Bell:

  We are David Froede's in-laws, employed as attorney and nurse, respectively. He is married to our daughter Jennifer and they have a six year old daughter, Catherine. We have known David and his parents for approximately eighteen years, during David and Jennifer's student days at the University of Arizona and fifteen years of marriage.

  It is first to be noted that David has always been very hardworking and devoted to his wife and daughter, with no hint of any type of anti-social behavior. He has been active in the care and raising of his daughter and has participated fully in all aspects of family life. His very full roll as parent has been necessitated because of Jennifer's full-time employment in the banking business, currently in Chicago. He has handled these duties with great commitment and skill.

  Since the occurrence of the events that bring us before this Court, David has had full time employment with Bartlett Tree Service, a national tree and gardening service. He was transferred by the company to Chicago to accommodate Jennifer's employment there. He has held this job for almost five years and has received very positive reviews.

  He has been a model son-in-law to us for many years and has always offered his assistance with both home tasks and community projects which we have participated in. He has made himself available to his friends and relatives for moving assistance or any task that could use another set of hands. David has been president of his college alumni group, directing their projects and interests in the Grand Rapids area. He has visited high schools encouraging students to pursue higher education, not just at his school, but at the school of their choice. He has volunteered in the Special Olympics as he felt it was as important for those with special needs to enjoy sports and games just as everyone else can. He worked on several projects for Family Talk, Inc. and Girl Talk. These organizations provide clothing, furniture, and services to impoverished families and individuals. He has done his community work quietly and without fanfare.

  Since the events of this case occurred, David has been gainfully employed, has been a dedicated husband and father, and has acted as a good citizen.

  We hope that this information will be helpful to the Court.

Very Truly Yours,

*James E. Gould*    *Nancy K. Gould*

James E. Gould    Nancy K. Gould