# EXHIBIT C

**BRAUN KENDRICK FINKBEINER P.L.C.**

ATTORNEYS AT LAW

HUGO E. BRAUN, JR.
JOHN W. WOLF
C. PATRICK KALTENBACH
HAROLD J. BLANCHET, JR.
DAVID L. TURNER
KENNETH W. KABLE
E. LOUIS OGNISANTI
WILLIAM J. EWALD
FRANK M. QUINN
BRUCE L. DALRYMPLE
JEFFREY J. ENDEAN
ROBERT A. KENDRICK
CHARLES A. GILFEATHER
THOMAS R. LUPLOW
JOHN A. DECKER
MICHAEL J. SAUER
TIMOTHY L. CURTISS
GREGORY E. METER
SCOTT C. STRATIARD
GREGORY T. DEMERS
CRAIG W. HORN
PHILLIP J. STAHLE

FRANCIS J. KEATING
JEFFREY C. WILSON
BRIAN F. BAUER
JUDITH A. LINCOLN
GLENN L. FITKIN III
BRIAN S. MAKARIC
JAMIE HECHT NISIDIS
MICHAEL E. WOOLEY
ELLEN E. CRANE
DAVID J. KLIPPERT
THOMAS J. RUTH
TIMOTHY S. ARNOLD
H. WILLIAM MARTIN
LORRAINE S. PASKIEWICZ
FREDERICK C. OVERDIER
GARY E. GUDMUNDSEN
GEOFFREY G. SCOTT
MANVEL TRICE III
SARA BIRON RYAN
GEORGE H. WYATT III
SUSANNE KOZLOW-BARNES
WILLIAM S. COOK

4301 FASHION SQUARE BOULEVARD
SAGINAW, MICHIGAN 48603-5218

TELEPHONE: (989) 498-2100
FAX: (989) 799-4666
www.bkf-law.com

JAMES V. FINKBEINER 1914-2003
J. RICHARD KENDRICK 1916-2004

OF COUNSEL
JOHN W. McGRAW
JOHN E. RIECKER

MT. PLEASANT
(989) 775-7404
FAX: (989) 775-3764

MIDLAND
(989) 631-1027
FAX: (989) 631-9880

September 8, 2006

Hon. Robert Holmes Bell, Chief Judge
United States District Court
110 Michigan N.W.
Grand Rapids, MI 48503

   Re: David Froede

Dear Judge Bell:

   James and Nancy Gould, in-laws to David Froede, initially requested that I confer with him, regarding a request by the Federal Bureau of Investigation to interview Mr. Froede.

   Mr. Froede and the undersigned met personally with the initial FBI agent in charge and an Assistant United States Attorney, at their offices and Mr. Froede engaged in a full, frank, and complete response to all of the questions presented and continued his unwavering commitment to acknowledge his responsibility for the matter under investigation. This meeting took place well before any formal charges, threats of indictment or the filing of a criminal complaint.

   Almost three years passed until we again heard from the United States Attorneys office. Michael MacDonald, AUSA, has been most professional in representing the government in this matter and has extended every appropriate professional courtesy. We discussed with Mr. MacDonald our thoughts about the lengthy passage of time between the interview with the FBI/AUSA and Mr. MacDonald's correspondence, not as an issue to preclude the Government from proceeding, but to indicate the additional stress placed on Mr. Froede and his family during this period of waiting.

   I have personally known the Gould family for almost 30 years and have come to know David Froede, deeper than just an acquaintance, from the period we first met to discuss this matter through and after our introduction of Mr. Froede to Larry Willey. From the first instance, David Froede's response was total cooperation. He never attempted to hide or excuse what he has done. He admitted his acts to his former employer, to the FBI and the U.S. Attorney's office and most importantly to his wife and family. It has been devastating for all, especially David Froede who I am sure lives every day with the thoughts of what he has done and its effects on all. He has and will pay an enormous price.

Hon. Robert Holmes Bell, Chief Judge
September 8, 2006
Page 2

---

      I know the seriousness with which the Court takes up these issues and can only presume the heavy weight it bears in considering sentence. I urge the Court to consider the most lenient of sentences. Mr. Froede is not a danger to society. He has accepted responsibility, civilly and criminally and has paid the money. He has started a new life and has remained devoted to his family.

      Thank you for your consideration.

      Professional best regards.

      Very truly yours,

      BRAUN KENDRICK FINKBEINER P.L.C.

      William J. Ewald

WJE/amy
c:    Larry C. Willey, Esq.