# EXHIBIT D

1047 Iroquois St.
Grand Rapids MI 49506
September 5, 2006

Honorable Robert Holmes Bell
Chief Judge
United States District Court
110 Michigan St., N.W. Suite 416
Grand Rapids MI 49503

RE: United States v. David Logan Froede
Case # 1:06:CR:98

Dear Your Honor:

We are writing this letter on behalf of David Froede. We are Kathleen and Michael Lidgus, aunt and uncle of Jennifer Froede, Dave's wife. We have known Dave since the late 1980's when he was attending the University of Arizona in Tucson.

Our experiences with Dave have been positive ones. He has consistently been a help to us with our home, garden, transportation and especially when Mike had surgery Dave jumped in to offer assistance.

We have observed Dave as a very devoted father to Katherine, his six year old daughter. Katherine looks up to him as a dad who can fix things, read to her, teach her to draw. We have often heard Katherine say "my dad taught me that" when asked about a new skill she has learned.

We would be agreeable to answer any further questions there may be regarding Dave.

Sincerely,
Michael Lidgus
Kathleen Lidgus
616-452-6342

September 5th, 2006

Honorable Robert Holmes Bell
Chief Judge
United States District Court
110 Michigan Street, N.W. Ste. 416
Grand Rapids, Michigan 49503

Re: United States v. David Logan Froede
Case No. 1:06:CR:98

Dear Your Honor:

My name is Susan Gould. I have been David Froede's sister-in-law for the past 15 years; he is married to my sister, Jennifer. Please let me share some of my experiences and thoughts on David spanning that time.

David's nature is gentle, quiet, and helpful. His priority is his family and he is a very involved, caring parent with a strong connection to his daughter. His care giving for his daughter during the week includes everything from after school pick-ups, helping to prepare her dinners, taking her to the park or library most nights after work; and reading and playing games before bedtime. He wakes up with Katherine every Saturday and Sunday morning with weekends dedicated to his family.

David has also been very available to my parents, his in-laws, for any help they have needed. He has always been a go-to family member helping them with household jobs; home repairs, moving furniture, airport pick-ups, or any odd jobs they could not complete on their own.

Although not verbose, David is a thoughtful person and reaches out in other ways. He takes note of hobbies or interests one may have and often sends articles or information pertaining to those topics as his way of communicating.

Thank you for your consideration of this letter.

Sincerely,

Susan Gould

Honorable Robert Holmes Bell
Chief Judge
United States District Court
110 Michigan Street, N.N., Ste. 416
Grand Rapids, Michigan 49503

    Re: *United States v. David Logan Froede*
        Case No 1:06:CR:98

Dear Your Honor,

My name is James Gould, Jr., and I am a brother-in-law of David Froede. I became aware of David's circumstances in February of 2002, by way of communications with my family.

I have known David for over 15 years and have experienced many of his character qualities. First and foremost, he is a dedicated and loving father, actively involved with his daughter's daily routine. David shares in the responsibilities of preparing her meals, disciplining her, taking her to and from school as well as being a loving companion. David is truly an integral part of his daughter's life.

David is also thoughtful of others often taking note of personal interests and experiences. He often incorporates that knowledge into gifts for birthdays and holidays. David makes an effort to be available to help friends and family with maintenance work on their homes and yard, moving, and any general help needed.

David is a hard working individual. He has held the same position since 2002. He often works very long days and is receptive to working any additional hours. David remains committed to contributing to the family income.

While I understand the impact and ramifications of David's actions, I also have knowledge of David's many contributions to others, particularly to his daughter.

Respectfully submitted by,

*[signature]*

James E. Gould, Jr