**Fifth Third Bank**

**Jennifer M. Froede**
Human Resource Officer
Employee Relations Consultant

222 South Riverside Plaza, 34th Floor • MD GRVR4E
Chicago, IL 60606
Tel 312-704-4288 • Fax 312-704-4382
jennifer.froede@53.com • www.53.com

September 22, 2006

Honorable Robert Holmes Bell
Chief Judge
United States District Court
110 Michigan Street, N.W. Ste. 416
Grand Rapids, Michigan 49503

Re: United States v. David Logan Froede
Case No. 1:06:CR:98

Dear Your Honor:

My name is Jennifer Froede and I am David Froede's wife of fifteen years. Dave and I met almost twenty years ago when I started college at the University of Arizona. After graduation in 1989, Dave and I moved to Chicago and began our professional careers. In 1991 we were married. I would like to share with you my experience with Dave as my friend and husband so that you can better understand his background.

Since I have known Dave, he has always been a soft-spoken, gentle person who cares greatly about people and animals. In college, Dave was a very supportive friend. At times when I struggled academically in college, Dave insisted on helping me with studies and created unique ways to help me to learn. With his help, I actually received the good grades that I needed in order to graduate. At the same time, he had his own course load of master's level courses. Dave was the first to reach out and include others when they might be isolated or alone. When I arrived in Tucson for college, I knew that there would be lengths of time and holidays where I would not be able to visit family in Michigan due to typical college finances. Dave always made certain that I was invited to Thanksgiving dinners and other holiday celebrations along with his other friends. He also made sure that I had transportation to and from these events since I did not have a vehicle. There are many other instances of this type of behavior.

In 1995, we moved from Chicago to Grand Rapids. In 2000, we had our Daughter Katherine who is now six. Dave has played a critical part in her upbringing. When she was born, Dave never left her side and this has not changed even throughout the events of 2002. Dave's role in Katherine's life is multi-faceted. They have rituals which have become much anticipated events. Dave is involved in her daily life, whether it is picking her up from school, taking

her to the park, making her dinner, helping her with homework or reading her a goodnight story. On Saturdays, he is up early making her favorite breakfast of chocolate chip pancakes. Dave also has shared the responsibility making sure she had regular dental and medical visits since her birth. I believe there are few parents more dedicated and responsible for their child then Dave.

Throughout the years, I have had some medical challenges, and while stressful for everyone, Dave was always there. Through multiple surgeries, he was the one who always took me to the hospital and brought me back home afterwards. He would also take care of me and ensure that I was taking my medications when I needed too. In 2002, I had a late term miscarriage with numerous complications and Dave was there to support. At the time, Katherine was one and I was unable to pick her up for a number of weeks while I recuperated. Dave handled both our duties and took care of both Katherine and me, even though the loss of the expected baby deeply saddened and affected him as well.

Up until the events of 2002, I never doubted Dave's integrity or actions towards anyone or anything. He had shown a consistent pattern of behavior for many years and one that I trusted not only for me, but also my daughter. Both of our families have also trusted him with assistance and advice in numerous areas.

When Dave's actions were exposed, he called and left me a message saying that he had had done something so awful and he was so regretful, that Katherine and I would never see him again. He asked me to tell Katherine that he would never stop loving her. When I tracked Dave down by telephone, he was holding a picture of Katherine and not knowing what his offenses where, I promised him to do that, but that he needed to come home and face what had done. He agreed that Katherine needed him more alive and that he needed to face up to the consequences of his actions.

It is difficult to absorb why someone with so many positives going for them would take such detrimental actions. I gather from Dave that he was overwhelmed by financial debt and feelings of inadequacy in his professional life. He wanted to be someone that he felt he wasn't. He has referenced the success of both our fathers.

Since Dave's offenses have been uncovered, Dave has been employed for almost 5 years with Bartlett Tree Experts as an Arborist. This position is much in line with his college studies and experiences. Throughout his employment with Bartlett, he has received all positive performance reviews and is considered a

reliable employee. He is respected by his co-workers and is often asked to prepare presentations to the group on pertinent topics. Dave is willing to put in extra hours when possible and expresses how much he enjoys his work even though it can be very physical and exhausting.

There is no doubt that the actions taken by Dave and their consequences have caused immeasurable strain on our relationship and marriage. It has actually been almost like a death in our family and amongst the very few friends that are aware of the situation. Despite his offenses, Dave has had a long history of giving and caring for individuals prior to and subsequent to his offenses.

I want to let you know that I am unfortunately unable to attend Dave's hearing. The reason is that I have an annual meeting that I am expected to participate in for my job. It is so critical to my professional success that I need to comply. This is the only reason for my absence.

Thank you for your review and consideration of my letter.

Respectfully,

*Jennifer Froede*
Jennifer Froede